# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY W. STEWART,<br><br>Petitioner,<br><br>v.<br><br>J. MACOMBER,<br><br>Respondent. | Case No. 1:17-cv-01420-EPG-HC<br><br>ORDER DENYING AS MOOT APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 5) |

Petitioner is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 6, 2017, the Court received the instant application to proceed *in forma pauperis*. (ECF No. 5). The Court previously authorized Petitioner to proceed *in forma pauperis* on October 24, 2017. (ECF No. 3).

Accordingly, the Court HEREBY ORDERS that Petitioner's application to proceed *in forma pauperis* is DENIED as MOOT.

IT IS SO ORDERED.

Dated: **November 7, 2017**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1